# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| NIKOLAY ANTONOV, individually and on behalf of a class of similarly situated individuals<br>v.<br>THUMBPLAY, INC. a Delaware corp. | **FILED: AUG. 07, 2008**<br>**08CV4468**<br>**JUDGE NORGLE**<br>**MAGISTRATE JUDGE NOLAN** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, THUMBPLAY, INC.

| |
|---|
| NAME (Type or print)<br>Adam B. Deutsch |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Adam B. Deutsch |
| FIRM<br>Eimer Stahl Klevorn & Solberg LLP |
| STREET ADDRESS<br>224 S. Michigan Ave. |
| CITY/STATE/ZIP<br>Chicago, IL. 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6236959 | TELEPHONE NUMBER<br>312-660-7600 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐