U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| NIKOLAY ANTONOV, individually and on behalf of a class of similarly situated individuals<br>v.<br>THUMBPLAY, INC. a Delaware corp. | FILED: AUG. 07, 2008<br>08CV4468<br>JUDGE NORGLE<br>MAGISTRATE JUDGE NOLAN<br>AEE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, THUMBPLAY, INC.

| NAME (Type or print) |
|---|
| Nathan P. Eimer |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Nathan P. Eimer |

| FIRM |
|---|
| Eimer Stahl Klevorn & Solberg LLP |

| STREET ADDRESS |
|---|
| 224 S. Michigan Ave. |

| CITY/STATE/ZIP |
|---|
| Chicago, IL. 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 00735353 | 312-660-7600 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐