# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NIKOLAY ANTONOV, individually and on behalf of a calss of similarly situated individuals,<br><br>   Plaintiff,<br><br>v.<br><br>THUMBPLAY, INC., a Delaware corporation,<br><br>   Defendant. | Case No._____<br><br>Removed from the Circuit Court of Cook County, Case no. 08 CH 26229<br><br>**FILED: AUG. 07, 2008**<br>**08CV4468**<br>**JUDGE NORGLE**<br>**MAGISTRATE JUDGE NOLAN**<br><br>**AEE** |

## CORPORATE DISCLOSURE STATEMENT OF THUMBPLAY, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of this Court, Defendant Thumbplay, Inc., by its attorneys states that it has no parent corporation and that no corporation owns more than 10% of its stock.

Respectfully submitted this 7th day of August 2008.

By:   /s/ Adam B. Deutsch
Nathan P. Eimer
Adam B. Deutsch
Greg J. Weintraub
EIMER STAHL KLEVORN & SOLBERG LLP
224 S. Michigan Avenue, Suite 1100
Chicago Illinois 60604
Telephone:  (312) 660-7600
Facsimile: (312) 692-1718
Email: adeutsch@EimerStahl.com

*Attorneys for Defendant Thumbplay, Inc.*

Of Counsel:
PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP
Carey R. Ramos
Steven B. Rosenfeld
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 492-0240
Email: cramos@paulweiss.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing CORPORATE DISCLOSURE STATEMENT OF THUMBPLAY, INC. was mailed postage prepaid to all attorneys of record this 7th day of August, 2008.

>Jay Edelson
>Myles McGuire
>Ethan Preston
>Ryan Andrews
>KamberEdelson, LLC
>53 West Jackson Blvd.
>Suite 550
>Chicago, Illinois 60604
>Telephone: (312) 589-6370
>
>*Counsel for Plaintiffs*

/s/ Adam B. Deutsch